Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com

FRANK N. DARRAS (Pro Hac Vice)
SUSAN B. GRABARSKY (Pro Hac Vice)
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:    (909) 390-3770
Facsimile:    (909) 974-2121
Frank@DarrasLaw.com
SGrabarsky@DarrasLaw.com
Attorneys for Plaintiff, Dustin Hatfield

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUSTIN HATFIELD | CASE NO.: 2:17-cv-01811-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, as Claims Administrator for Sierra Nevada Corporation Short and Long-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

COME NOW Plaintiff DUSTIN HATFIELD and Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY, by and through their respective attorneys, and hereby stipulate to a dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice.

Dated: May 16, 2018

DARRASLAW

*/s/ Susan B. Grabarsky*
Frank N. Darras (Pro Hac Vice)
Susan B. Grabarsky (Pro Hac Vice)
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Frank@DarrasLaw.com
Susan@DarrasLaw.com

Julie A. Mersch
LAW OFFICE OF JULIE A. MERSCH
Nevada Bar No. 004695
701 S. 7th Street
Las Vegas, NV 89101
jam@merschlaw.com

Attorneys for Plaintiff, DUSTIN HATFIELD

Dated: May 16, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Kristina N. Holmstrom*
KRISTINA N. HOLMSTROM
Nevada Bar No. 10086
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Attorneys for Defendant, UNITED OF OMAHA LIFE INSURANCE COMPANY

**IT IS SO ORDERED:**

Dated May 22, 2018.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE